NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| FRANK BELLOSPIRITO,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIS CAMPBELL, IRS Agent in his individual capacity,<br><br>    Defendant. | Case No.: 8:18-cv-00351 JVS(KESx)<br><br>Judgment |

| | |
|---|---|
| 1 | On the motion to dismiss by Willie Campbell, who is erroneously |
| 2 | identified in the caption as Willis Campbell, and the United States of |
| 3 | America and for good cause shown, Plaintiff's complaint is dismissed with |
| 4 | prejudice. |
| 5 | IT IS SO ORDERED. |

On the motion to dismiss by Willie Campbell, who is erroneously identified in the caption as Willis Campbell, and the United States of America and for good cause shown, Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 29, 2018

*/s/ James V. Selna*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1